IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:26-cr-028 |
| v. | ) | |
| | ) | GOVERNMENT'S RESPONSE |
| PHILLIP EVAN GANDER, | ) | TO PRESENTENCE |
| | ) | INVESTIGATION REPORT |
| Defendant. | ) | |
| | ) | |

The government has no objection to the information contained in the Presentence Investigation Report dated September 8, 2026. R. Doc. 38.

Respectfully submitted,

David C. Waterman
United States Attorney

By: */s/ Kaitlyn Macaulay*
Kaitlyn R. Macaulay
Assistant United States Attorney
United States Courthouse
131 East Fourth Street, Suite 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: kaitlyn.macaulay@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2026, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

__X__ ECF/Electronic filing

UNITED STATES ATTORNEY

By: */s/ Joshua T. Kramer*
Paralegal Specialist