UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-cr-28 |
| | ) | |
| vs. | ) | |
| | ) | **UNRESISTED MOTION TO DISCLOSE PRESENTENCE INVESTIGATION REPORT TO EXPERT WITNESS** |
| PHILLIP EVAN GANDER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant Phillip Evan Gander, by and through his attorneys, Andrea D. Jaeger of Keegan, Tindal, & Jaeger, and for his Unresisted Motion to Disclose Presentence Investigation Report to Expert Witness states as follows:

1. On May 18, 2026, a Stipulated Discovery and Protective Order was entered. The Stipulated Discovery and Protective Order provides, in pertinent part:

> All materials provided under this Agreement are for the limited purpose of being used in the above-captioned criminal case and may not be used or disclosed for any other purpose, including for any other civil or criminal case in federal or state court (other than proceedings arising from this prosecution under 28 U.S.C. § 2255), unless specifically permitted and ordered by the United States District Court for the Southern District of Iowa. These materials may be discussed with and shown to Defendant. However, copies of the following material, in any form[], may not be left with or provided to the Defendant or any other person (nor may Defendant be permitted to make copies of these materials): law enforcement reports, investigative reports and summaries, witness statements, memoranda of witness interviews, audio recordings, video recordings, and grand jury testimony and exhibits. Defense counsel also agrees not to show any such materials, memoranda, or witness interviews to any witness in the case, except for any transcribed testimony or written statement signed or expressly adopted by that witness. Copies of discovery materials provided to Defendant's counsel shall be either destroyed or returned to the Government counsel following the conclusion of all matters relating to this criminal case.

CM/ECF No. 17, p. 3, ¶ 4.

2. Administrative Order 26-AO-3-P provides, in pertinent part, "The presentence investigation report is a sealed and confidential document. … [D]efense counsel may provide the defendant with a copy of the draft or final presentence investigation report for the purpose of review and consultation concerning the defendant's case. … A defendant may not disseminate, disclose, distribute, copy, or otherwise provide the report, any portion of it, or any information contained therein, to any other person or entity at any time, unless specifically authorized by the Court." Administrative Order 26-AO-3-P (dated Aug. 7, 2026).

3. In order to adequately defend this matter, Defendant requires consultation with a possible expert witness. Pursuant to the Stipulated Discovery and Protective Order and Administrative Order 26-AO-3-P, Defendant requires the Court's authorization to share discovery information and the Presentence Investigation Report with such expert witnesses.

4. Therefore, Defendant requests authorization to disclose the presentence investigation report information to expert witnesses with whom the Defendant or his counsel may consult.

5. Defendant's disclosure, if authorized, would be made with the understanding no further dissemination of the materials will be allowed.

6. The Government does not object.

7. The U.S. Probation Office does not object.

WHEREFORE, Defendant respectfully requests authorization for his counsel to disclose, discuss, and share with potential expert witnesses his presentence investigation report.

Respectfully submitted,

*/s/ Andrea D. Jaeger*

Andrea D. Jaeger
Keegan, Tindal, and Jaeger
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900/563-355-6060
Facsimile: (319) 688-2754/563-355-6666
Email: andrea@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

**Certificate of Service**

The undersigned certifies that the foregoing instrument was electronically filed on October 5, 2026, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Jaeger*