Honorable Rebecca Goodgame Ebinger
United States District Judge
123 East Walnut Street - Suite 300
Des Moines, IA 50309

Re: Phillip Gander, Case No. 26-cr-28.

Dear Judge Ebinger,

There are others who can speak about Phil's accomplishments in academia or his role in the advancement of science. I will speak to what it means to have Phil as my brother.

My brother Phillip is kind and caring, funny and fun. In my adult life I cannot recall ever having a disagreement or argument or tension come between us because of his light nature and agreeability. A testament to this is a large group of friends he has maintained since childhood despite having moved away from our childhood home in Vancouver over 20 years ago to pursue his education, academic and career pursuits.

We share a consideration of our impact on others and the planet, as reflected in Phil choosing an electric car or riding his bicycle to work to maintain his physical health and lower emissions. Being healthy and active is important for Phil and his community as evidenced by him helping to organize running events in his community or taking his family on outdoor activities.

I also was able to witness how engaged Phil is as a father to his two sons. In a recent visit my son and his boys were building sand castles at the beach along with dad. Phil always took the opportunity to participate in activities rather than parent from a distance. He made sure his sons were engaged in school and sports, enrolling them in basketball or swimming or whatever the kids were into. Then we were out together practicing basketball, with Phil playing and providing supportive coaching to improve his son's game.

I know Phil is also an emotional support for my mother in times of need. This is because he has empathy, is a good listener, and can calmly provide advice. I have experienced and benefitted from this myself as well. It demonstrates the importance Phil places on family. This is evidenced by making the long trek every year at Christmas through the snow and airline delays from Iowa back to Vancouver Canada to visit with family and long standing friends.

Phil has also persevered through extreme adversity having survived a near death accident, a coma, and having to learn to walk again when he was 18. I'm confident that this perseverance will serve him to overcome current challenges and improve upon his situation going forward.

Please accept my firm knowledge that Phil has excellent potential to be rehabilitated and reintegrated as a contributing member of society and that this can be considered in sentencing.

Sincerely, Ryan Gander Oct 25, 2027

Ryan Gander
Environmental Educator
Vancouver, Canada

POSTES CANADA
CANADA POST
2026-10-25
Canada Post Community Foundation
Fondation communautaire de Postes Canada
CITY CENTRE
VICTORIA BC

CANADA POST | POSTES CANADA

Exprès

F

1

**Tracked Packet™ – USA | Paquet repérable MC – É.-U.**

From:/De :

RYAN GANDER
[redacted]
Burnaby BC V5A4H3
Canada

To:/À :

Postage paid | Port payé
00358263
Date
2026 10 25
Gross Weight | Poids brut
0.060 kg
Postage Rate | Tarif d'affran.
$15.84 CAD
Transaction No. | N° de transaction
0104985154

to:
à :

REBECCA EBINGER
123 E WALNUT ST STE 300
DES MOINES IA 50309
UNITED STATES

USPS TRACKING ™ #

LM 223 779 704 CA

| Quantity and Description of Contents / Quantités et description du contenu | HS Tariff Code / Code tarif SH | Country of Origin / Pays d'origine | Net Weight (kg) / Poids net (kg) | Value CAD / Valeur CAD |
|---|---|---|---|---|
| 1 PAPER DOCUMNET | | CA | 0.060 | 1.00 |

X Document / Document — Total Value / Valeur totale 1.00

Customs: May be opened officially. Sender warrants that the particulars given in this declaration are correct and the shipment does not contain non-mailable matter.

CN22

Douane: Peut être ouvert d'office. L'expéditeur atteste que les renseignements donnés dans cette déclaration sont exacts et que l'envoi ne contient pas d'objet inadmissible.

Signature: Customs Declaration / Déclaration en douane — Date:

RPOS/PDVD V2501.0.268
Shipping Label

SPEC 3597 V3
Étiquette d'expédition

DO NOT BEND
NE PAS PLIER