# KEVIN TILLEY, BA, JD

Bowen Island, BC • [redacted] • [redacted]

October 25, 2026

Honorable Rebecca Godogame Ebinger
United States District Judge
123 East Walnut Street, Suite 300
Des Mounes, IA 50309

**Re: Phillip Gander, case No 26-cr-28**

Dear Judge Ebinger,

I write this letter in support of Dr. Phillip Gander, someone I have known as a close friend for over 30 years. Please consider this letter as part of his sentencing.

First, please allow me to introduce myself professionally and personally. I am Canadian lawyer, called to the bar in Ontario and British Columbia and am currently the General Counsel and Corporate Secretary of Legal Aid BC, the Province's legal aid organization. I have a law degree from Osgoode Hall Law School and a Bachelor of Arts from Simon Fraser University. I live on a small island just outside of Vancouver, British Columbia with my twin boys (aged 10), my wife, and our dog.

I have known Philip most of my life and have considered him to be one of my closest friends. He and I met, together with a group of other young boys, in the early-1990s as part of a Scouts Canada (the Canadian equivalent of Boy Scouts) group in our home town of Burnaby, BC – a suburb of Vancouver. He and I, along with four or five other boys of about the same age, formed a tight group of friends during our formative teenage years where we bonded over our love of camping and hiking in the mountains around southern BC, as well as a shared love of science fiction, fantasy, and board gaming. Although we met as part of cubs and scouts, we became closer as we outgrew the formalities of that organization and formed our own group of friends. We went on many adventures over the years, especially between the years 1996 to 2004 where we went on many multi-day hiking trips around Whistler, the Rocky Mountains, and as far north as the Yukon and Alaska. Phillip's family had a cabin on Whidbey Island in Washington state, which would be a place for weekend excursions of playing board games, and throwing frisbees on the beaches.

Philip was a natural leader. He was the mature, responsible one of us. He was the kind of young man parents would respect and who trusted that we kids would be okay because he was a good influence – he never drank alcohol, ate only healthy food and was somehow extraordinarily fit despite not being a star athlete. He took responsibility for himself and his surroundings, and was was generally a good role model. He always has had an extraordinary sense of morality and civic responsibility. He's the kind of guy who would pick up trash from a hiking trail or public park and dispose of it properly when he got home. He was (and I think still is) a vegetarian, having the utmost concern for animal welfare. He is a humanist. He cares deeply about social issues and volunteers in his community. It was perhaps for all of those reasons that we all looked up to him, considered him a role model and, speaking personally, I owe much of my moral character and orientation to his influence.

Certainly you will have heard about the accident he suffered as a young man in the mountains. I was there when he slid down the icy north-facing slope of Mount Seymour, outside of Vancouver and disappeared from sight. The laughter, play and fun of our group of boys was suddenly shattered by the shocking reality that something terrible had just happened. We left the scene after the rescuers got to work, shaking, and terrified as search and rescue team worked through the night to extract his unconscious body from the steep icy mountain by helicopter. We learned later that night that he was alive, but in critical condition having suffered a serious head injury. His coma lasted

several weeks during which he lay in intensive care at the hospital while the swelling in his brain subsided. We were told he probably suffered severe brain damage and might never be the same again. He recovered, of course. In what seemed like a miracle at the time, he was back on his feet and returned to school and normal life. It shocked us all that he not only recovered but somehow seemed to have *improved* intellectually and, through the experience, inherited a passionate curiosity for studying the human brain.

Academically, Phillip was a superstar. He and I both attended Simon Fraser University for our undergrad studies, although in different fields. I recall volunteering to be a research subject on more than one occasion for research projects in his neuroscience EEG laboratory, my skull connected to a nest of wires, and he fiddling with equipment as the data poured in. He pursued his studies with focus and rigor, achieving top grades and pursuing a masters degree, followed by a Ph.D. from McMaster University and then post-doctoral research at Newcastle University in England. He was later hired by Iowa state University, working as a lead researcher in the University's Human Brain Laboratory. He is the author of dozens of academic papers and his research has led to major developments in the scientific understanding of neurological disorders such as tinnitus. He was a recognized leader in his field of study, serving on the Board of Directors for the American Tinnitus Association, and making regular public speaking appearances in news media, including internationally, speaking on podcasts and public health forums, and generally lending his expertise to the public understanding of issues in audiology and neurology. His arrest and subsequent departure from research is, no doubt, a significant loss for the field of audiology and cognitive neuroscience.

I understand the nature of the crimes for which Phillip is being sentenced. I have read many of the documents filed in court on this matter including the Plea Agreement containing the facts which he has admitted. I was shocked when I learned the nature of them. Shocked, not only to learn that someone close to me was involved with this sort of conduct, but because in all of my time knowing Phil, I have seen no indication of harmful or improper conduct of this nature. Not once have I heard an unusual comment, seen a gesture, or observed anything that would suggest a tendency of this kind. To the contrary – he has always been one of the most morally well-calibrated people I've known. So it does come to me as a shock to learn of this crime because it seems so misaligned with everything else about him.

Despite the nature of the offence, I continue to trust and have confidence in my friend Phil. I know that he is someone who is capable of hard work, and has a level of self-awareness that will enable him to gain insight into his condition, make amends for any harms he has caused, and learn the skills and strategies needed to adjust his behaviour. I am personally prepared to support him in any way that I can. Once he is out of custody, I would certainly be part of his community support network, and ready to play a role in any reintegration or rehabilitation plan and hold him accountable for his commitments. If he were to return to Canada and the Vancouver area, I would be more than happy to offer more direct supports including temporary housing, transportation, and other daily assistance. Although those considerations are some time away, my point in raising them here is to communicate that Phillip has a network of people who can support him, and that I am among them.

Based on my over 30 years of knowing him closely, I do believe that Phillip is capable of the insights, motivation, and self-awareness necessary for meaningful rehabilitation. I believe that with the right treatment, access to programs, and community supports (that I am prepared to be part of), he can return to being a productive member of society without posing any undue risks.

Thank you for considering this letter.

Sincerely,

Kevin Tilley

cc: Andrea D. Jaeger

Bowen Island, BC
V0N 1G1
Canada



CANADA POST POSTES CANADA
2026-10-26
POST OFFICE / BUREAU DE POSTE
BOWEN ISLAND
BRITISH COLUMBIA
V0N 1G0

Honorable Rebecca Goodgame Ebinger
United States District Judge
123 East Walnut Street, Suite 300
Des Moines, IA 50309
USA

CLEARED BY U.S.M.S. ______

5030982084 C101