IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal No. 3:26-cr-028 |
| PHILLIP EVAN GANDER, | ) | UNRESISTED MOTION TO CONTINUE SENTENCING DATE |
| Defendant. | ) | |

The United States of America moves the Court to continue the Sentencing date presently set in this case, and in supports thereof states:

1. On July 10, 2026, Defendant pled guilty to Counts 1 and 5 of the Indictment. (R. Doc. 33.) At that time, the Court entered an Order setting the sentencing date for November 23, 2026. *Id.*

2. On November 8, 2026, Defendant filed a motion to continue the sentencing hearing date. (R. Doc. 46.) On November 9, 2026, the Court granted Defendant's request, setting sentencing for January 27, 2027, at 12:30 PM. (R. Doc. 47.)

3. The undersigned anticipates that she will be involved in a jury trial on the new sentencing hearing date. This is a firm trial setting.

4. Pursuant to the Local Rule, the government consulted with Defendant's counsel regarding this request, who does not object to the continuance.

5. After consulting with the Court regarding its availability, the parties are available on February 24, 2027, at 8:30 AM, to conduct the hearing.

WHEREFORE, the United States respectfully requests the Court continue the sentencing hearing presently set for January 27, 2027, to February 24, 2027, at 8:30 AM.

Respectfully submitted,

David C. Waterman
United States Attorney

By: */s/ Kaitlyn R. Macaulay*
Kaitlyn R. Macaulay
Assistant United States Attorney
United States Courthouse
131 East Fourth Street, Suite 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: Kaitlyn.Macaulay@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
_____U.S. Mail ____ Fax ___Hand Delivery
__X__ECF/Electronic filing ___Other means

ASSISTANT UNITED STATES ATTORNEY
By: */s/ Josh T. Kramer*
Paralegal Specialist